UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DALLAS NESBITT et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. CV416-009 |
| BRITTANY BACOT et al., | ) | |
| Defendants. | ) | |

## ORDER

The Court having reviewed and considered the petition of Daniel C. Hoffman of the law firm of Young, Thagard, Hoffman, Smith, Lawrence, & Shenton LLP, 801 Northwood Park Drive, Valdosta, Georgia 31602, for permission to appear pro hac vice on behalf of defendants Brittany Bacot et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Daniel C. Hoffman as counsel of record for defendants Brittany Bacot et al., in this case.

**SO ORDERED** this __7th__ day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA