# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

DALLAS NESBITT, individually )
and as next friend of A.N., a )
minor; and BRIANNA CORDOVA, )
individually and as next friend )
of A.N., a minor; )
)
    Plaintiffs, )
)
v. )    CASE NO. CV416-009
)
BRITTANY BACOT, BACOT'S )
ELECTRICAL SERVICES, LLC, and )
WESLEY ADAM SHERROD, )
)
    Defendants. )
_____ )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal of Defendant Bacot Electrical Services, LLC. (Doc. 42.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiffs' claims against Defendant Bacot Electrical Services are **DISMISSED WITH PREJUDICE.**

SO ORDERED this _5th_ day of January 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA