**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

2017 JUL 28  PM 12: 57

| | |
|---|---|
| DALLAS NESBITT, Individually, ) | |
| BRIANNA CORDOVA, Individually ) | |
| and as NEXT FRIEND of A. N., ) | |
| a minor, ) | |
| ) | Civil Action No. CV4:16-009 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| BRITTANY BACOT, BACOT'S ) | |
| ELECTRICAL SERVICES, LLC, ) | |
| & WESLEY ADAM SHERROD, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Petition of Plaintiffs Dallas Nesbitt and Brianna Cordova, the parents and guardians of Plaintiff A.N., a minor, for approval of the compromise of the claim of Plaintiff A.N., a minor, as to Defendant Wesley Adam Sherrod. Having read and considered the petition, including the Local Rule 17.1(B) Verified Statement of Plaintiff's Counsel, Thomas A. Withers, Esq., the Court hereby approves the allocation of settlement proceeds from Defendant Sherrod, including the payment of attorney's fees and litigation expenses, as requested in said Petition. Specifically, out of the $39,500.00 settlement from Defendant Sherrod, Plaintiff's counsel shall receive $11,850.00 in attorneys' fees and be reimbursed $3,078.38 in litigation expenses. The remaining proceeds from Defendant Sherrod shall be distributed on a 2-1-1 basis, with $12,285.81 to minor Plaintiff A.N., $6,142.90 to Plaintiff Dallas Nesbitt, and $6,142.91 to Plaintiff Brianna Cordova.

The resolution of any valid lien for medical services to minor Plaintiff A.N. shall be made out of the portions of the proceeds allocated to Plaintiffs Dallas Nesbitt and Briana Cordova, and shall not be the responsibility of minor Plaintiff A.N.

*SO ORDERED* this 28th day of July, 2017.

_____
HONORABLE WILLIAM T. MOORE, JR.
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA