IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DALLAS NESBITT, individually )
and as next friend of A.N., a )
minor; and BRIANNA CORDOVA, )
individually and as next )
friend of A.N., a minor; )
 )
    Plaintiffs, )
 )
v. ) CASE NO. CV416-009
 )
BRITTANY BACOT, )
 )
    Defendant. )

**ORDER**

Before the Court is the Petition of Plaintiffs Dallas Nesbitt and Brianna Cordova, the parents and guardians of Plaintiff A.N., a minor, for approval of the compromise of the claim of Plaintiff A.N., a minor, as to the remaining defendant, Brittany Bacot. (Doc. 79.) The Court has read and considered the petition, including the Local Rule 17.1(B) Verified Statement of Plaintiffs' Counsel, Thomas A. Withers, Esq. The Court has also reviewed the Second Report of the guardian ad litem for Plaintiff A.N., a minor. (Doc. 78.) After careful consideration, Plaintiffs' petition is **GRANTED**.

The Court hereby approves the allocation of settlement proceeds from Defendant Bacot, including the payment of

attorneys' fees and litigation expenses, as requested. Out of the $50,500.00 settlement from Defendant Bacot, Plaintiff's counsel shall receive $16,665.00 in attorneys' fees and be reimbursed $5,803.95 in litigation expenses. The remaining proceeds shall be distributed on a 2-1-1 basis, with $14,015.53 to minor Plaintiff A.N., $7,007.76 to Plaintiff Dallas Nesbitt, and $7,007.76 to Plaintiff Brianna Cordova. The resolution of any liens for legal funding taken out by Plaintiffs shall be made out of the portions allocated to Plaintiffs Dallas Nesbitt and Briana Cordova, and shall not be the responsibility of minor Plaintiff A.N.

Plaintiffs' Petition for Approval of the Compromise of the Claim of Plaintiff A.N., a minor, as to Defendant Brittany Bacot is **GRANTED**. As a result, the settlement is approved and the parties may distribute the proceeds accordingly. The parties may now file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41.

SO ORDERED this 6th day of December 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA