IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DALLAS NESBITT, individually )
and as next friend of A.N., a )
minor; and BRIANNA CORDOVA, )
individually and as next friend )
of A.N., a minor; )
)
    Plaintiffs, )
)
v. ) CASE NO. CV416-009
)
BRITTANY BACOT, )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 81.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 7th day of February 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA